FILED
United States Court of Appeals
Tenth Circuit

July 5, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

RANDY DEAN QUINT; JOHN LINN; MARK MOLINA, individually and on behalf of all others similarly situated,

  Plaintiffs - Appellants,

v.

VAIL RESORTS, INC., a Delaware corporation,

  Defendant - Appellee.

No. 22-1226
(D.C. No. 1:20-CV-03569-DDD-GPG)
(D. Colo.)

_____

**ORDER**

_____

Before **TYMKOVICH**, **BALDOCK**, and **McHUGH**, Circuit Judges.
_____

This matter is before the court on Appellants' *Combined Petition for Panel Rehearing and Petition for Rehearing En Banc* and Appellee's response to the petition. Appellants shall file a reply in support of the petition on or before July 12, 2023.


Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk