UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                          Jane K. Castro
Clerk of Court                                                                 Chief Deputy Clerk

January 12, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     22-1226, Quint, et al v. Vail Resorts
             Dist/Ag docket: 1:20-CV-03569-DDD-GPG

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 17, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                                                       Sincerely,

                                                       Christopher M. Wolpert
                                                       Clerk of Court

cc:     Michael H. Bell
           Edward Philip Dietrich
           Benjamin Galdston

CMW/sds